UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

MIRMAN CAPITAL VENTURES, INC.,

       Plaintiff,

**ORDER OF DISCONTINUANCE**

v.

CV-03-4530 (NGG)

A WHITE AND YELLOW CAB, INC.,
et al.,

       Defendants.

-----------------------------------------------------------------

GARAUFIS, J.

It having been reported to the Court that the above action has been settled, it is

ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the action

if the settlement is not consummated.

       SO ORDERED.

       _____
       NICHOLAS G. GARAUFIS, U.S.D.J.

DATED: Brooklyn, N.Y.
     May 12, 2005

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 1 6 2005 ★
BROOKLYN OFFICE